UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAEDYN-KHRIS R. BEAUMANN,

                Plaintiff,

v.

OFFICER BAYLESS, *et al.*,

                Defendants.

Case No. C20-1782-RSL-SKV

ORDER GRANTING PLAINTIFF'S MOTIONS TO EXTEND TIME AND TO AMEND CASE CAPTION

      This is a civil rights action brought under 42 U.S.C. § 1983.  This matter comes before the Court at the present time on Plaintiff's motions to extend time to file a response to Defendants' pending summary judgment motion, and to amend the case caption to recognize Plaintiff's legal name.  Defendants have not opposed Plaintiff's motions, and the Court deems Plaintiff's requests reasonable and appropriate.

      Accordingly, the Court ORDERS as follows:

      (1)    Plaintiff's motion to extend time to file a response to Defendants' motion for summary judgment (Dkt. 27) is GRANTED.  Plaintiff is directed to file her response not later than ***Monday, December 20, 2021***.  Defendants' motion for summary judgment (Dkt. 21) is RENOTED on the Court's calendar for consideration on ***Friday, December 24, 2021***.

ORDER GRANTING PLAINTIFF'S
MOTIONS TO EXTEND TIME AND
TO AMEND CASE CAPTION - 1

(2)     Plaintiff's motion to amend the case caption (Dkt. 28) is GRANTED.  The Clerk shall amend the case caption to reflect Plaintiff's legal name, Haedyn-Khris Raquel Beaumann.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Robert S. Lasnik.  The Clerk is further directed to send Plaintiff a copy of her amended complaint (Dkt. 8).

Dated this 22nd day of November, 2021.

*/s/ S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTIONS TO EXTEND TIME AND
TO AMEND CASE CAPTION - 2