UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAEDYN-KHRIS RAQUEL BEAUMANN,<br><br>     Plaintiff,<br> v.<br><br>OFFICER BAYLESS, *et al.*,<br><br>     Defendants. | CASE NO. C20-1782-LK-SKV<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

  This matter came before the Court on Plaintiff's motion for a one-month extension of the deadline to file objections to the Report and Recommendation ("R&R") issued by Magistrate Judge Kate Vaughan. Currently, objections are due on February 22, 2022. Defendants have not responded to the motion; the Court construes the lack of a response as an admission that the motion has merit. LCR 7(b)(2).

  Moreover, Plaintiff has demonstrated good cause for the extension requested. Plaintiff, who is proceeding pro se, states that she will be unable to meet the current deadline because she is currently incarcerated and had no access to the law library for a period of time while she

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1

quarantined for medical reasons. Dkt. No. 36 at 1. In addition, the R&R recommends dismissal of Plaintiff's section 1983 complaint, so Plaintiff should be afforded sufficient time to respond to issues that could result in the dismissal of her case.

For all of those reasons, Plaintiff's motion for an extension, Dkt. No. 36, is GRANTED. Objections to the R&R, if any, must be filed by March 23, 2022. Plaintiff is reminded that failure to file objections within the specified time may affect her right to appeal. Objections should be noted for consideration on the motions calendar for the third Friday after they are filed. Responses to objections may be filed within fourteen (14) days after service of objections. If no timely objections are filed, the matter will be ready for the Court's consideration on March 25, 2022.

The Clerk is directed to renote the R&R on the motions calendar for March 25, 2022 and to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address. The Clerk is also instructed to send to Plaintiff the following forms that she requested in her motion: (1) Section 1983 Prisoner Civil Rights Complaint with instruction sheet for individuals in custody, and (2) IFP application for prisoners filing civil complaints with instruction sheet.

Dated this 17th day of February, 2022.

Lauren King
United States District Judge